**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JONATHAN PENA, | : Civil No. 3:19-cv-1536 |
| Plaintiff | : (Judge Mariani) |
| v. | : |
| KEVIN CLARK, *et al.*, | : |
| Defendants | : |

**ORDER**

**AND NOW**, this 28th day of September, 2021, upon consideration of Defendants' motion for summary judgment (Doc. 33), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 33) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of all named Defendants, and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge